## UNITED STATES of America, Plaintiff–Appellee,

v.

## Lester Ray NICHOLS, Defendant–Appellant.

### No. 14–3041

United States Court of Appeals, Tenth Circuit.

FILED June 16, 2016

James A. Brown, Topeka, KS, Jason W. Hart, Wichita, KS, Office of the United States Attorney, for Plaintiff–Appellee.

Timothy J. Henry, Office of the Federal Public Defender, Wichita, KS, for Defendant–Appellant.

Before McHUGH, McKAY, and BALDOCK, Circuit Judges.

### ORDER AND JUDGMENT *

Carolyn B. McHugh, Circuit Judge

In light of the United States Supreme Court's decision in *Nichols v. United States*, —— U.S. ——, 136 S.Ct. 1113, 194 L.Ed.2d 324 (2016), we previously recalled the mandate and vacated the judgment in this case. The mandate recalled on May 6, 2016, is hereby reissued forthwith. We now remand to the United States District Court for the District of Kansas for fur-

---

* This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.